|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | EASTERN DISTRICT OF WASHINGTON |

```
UNITED STATES OF AMERICA,    )
                             )   NO. CR-08-2082-FVS
              Plaintiff,     )
                             )   ORDER GRANTING MOTION FOR
      v.                     )   RECONSIDERATION (Ct Rec. 31)
                             )   AND ORDER GRANTING MOTION TO
                             )   EXPEDITE (Ct Rec. 34)
MARTIN PATINO,               )
                             )
              Defendant.     )
```

This matter came before the Court for a bail review hearing October 1, 2006. The government was represented by Thomas Hanlon and defendant was present with counsel, Rick Hoffman

The defendant moved for reconsideration of detention and requested release on conditions stating there are conditions which would reasonably assure defendant's appearance as required. The defendant moved for the reconsideration hearing to be on an expedited basis. The Court **granted** defendant's motion to expedite. **(Ct. Rec. 34)**

The government informed the Court it was not opposed to defendant being released on conditions.

This court has taken into account the recommendations of counsel and the evidence and information produced at this hearing and record concerning appearance at court proceedings.

The Court found there are conditions that can be imposed that will reasonably assure defendant's appearance at future court hearings as required.

The Court **granted** defendant's motion for reconsideration. **(Ct Rec. 31).**

ORDER GRANTING MOTION TO REOPEN
AND ORDER GRANTING RELEASE
FOLLOWING BAIL REVIEW HEARING

**IT IS ORDERED** that the defendant shall be released subject to the following conditions:

1. The defendant shall not commit any offense in violation of federal, state or local law.  If the defendant does have contact with law enforcement, the defendant shall contact his attorney and U.S. Probation within 24 hours.

2. The defendant shall advise the court and the U. S. attorney in writing before any change in address.

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

4. The defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished. U.S. Probation shall check and confirm the residence prior to defendant's release.

5. The defendant shall remain in the Eastern District of Washington while the case is pending.  On a showing of necessity, the defendant may obtain written permission from U.S. Probation to travel outside the Eastern District of Washington.

6. The defendant shall maintain or actively seek employment.

7. The defendant shall not possess a firearm, destructive device or other dangerous weapon.

8. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce any firearm

ORDER GRANTING MOTION TO REOPEN
AND ORDER GRANTING RELEASE
FOLLOWING BAIL REVIEW HEARING

or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

9. The defendant shall refrain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Defendant shall undergo a substance abuse evaluation and complete treatment indicated by this evaluation. Defendant shall submit to urinalysis/breathalyser testing at the discretion of the probation officer. Defendant shall be responsible for the cost of testing, evaluation and treatment unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment but shall only conduct any testing at a public facility.

10. The defendant shall phone his attorney at least once per week and as directed.

11. The defendant shall report to the United States Probation Office within 24 hours of his release and shall report at such times and in such manner as they direct.

**You are advised that a violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, revocation of your release and prosecution for contempt of court which could provide for imprisonment, a fine or both. Specifically, you are advised that a separate offense is established by the knowing failure to appear and that an additional sentence may be imposed for the commission**

ORDER GRANTING MOTION TO REOPEN
AND ORDER GRANTING RELEASE
FOLLOWING BAIL REVIEW HEARING

of a crime while on this release.  In this regard, any sentence imposed for these violations is consecutive to any other sentence you may incur.

DATED this 1st day of October, 2008.

s/James P. Hutton<br>JAMES P. HUTTON<br>United States Magistrate Judge

ORDER GRANTING MOTION TO REOPEN
AND ORDER GRANTING RELEASE
FOLLOWING BAIL REVIEW HEARING