PROB 12C
(7/93)

Report Date:  September 12, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Patino                    Case Number: 0980 2:08CR02082-001

Address of Offender: Yakima County Jail

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: June 17, 2009

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance , 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 17, 2009 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: June 16, 2014 |

---

## PETITIONING THE COURT

### To issue a warrant and place as a detainer.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Patino was arrested and charged with three counts of possession of stolen vehicle, Yakima County Superior Court cause number 13-1-01243-5, on August 24, 2013.

According to the Yakima County Sheriff's Office narrative report, deputies went to Mr. Patino's residence as they were trying to locate two males who had stolen property. They made contact with Mr. Patino at his residence. While speaking with Mr. Patino, the deputy noticed two Honda vehicles in the process of being stripped. Mr. Patino was questioned regarding the vehicles and other vehicle parts that were located on his property. The defendant stated they belonged to a friend who is working on them. One of the deputies was able to see the VIN number off the vehicle without having to remove anything. This vehicle came back as stolen.

After Mr. Patino was read his Miranda Rights, he agreed to speak with the deputy. The defendant stated 3 months ago three individuals came to his residence in two Hondas and they asked him to use his shop and tools to change the tires, to which he told them they could. Mr. Patino then noticed the next day they were stripping the vehicles. Mr. Patino

Prob12C
**Re: Patino, Martin**
**September 12, 2013**
**Page 2**

reported they used his tools and shop to stip the vehicles. According to the police report, the deputy asked Mr. Patino if he knew the vehicles were stolen. The defendant stated he did because the three individuals are known car thieves, the cars where in good shape, and they were tearing them apart. Mr. Patino also stated he did not take part in the stripping he only allowed them to use his shop and tools.

According to the incident report, the deputies were granted a search warrant for Mr. Patino's shop. Inside the shop, they located a 2004 Chevrolet Tahoe that was also stripped apart. This vehicle also came back as stolen from Yakima as of April of this year.

Mr. Patino was subsequently transported and booked at the Yakima County Jail.

Mr. Patino remains in custody at the Yakima County Jail on these charges and has a $30,000 bail amount. The defendant has a bail hearing set for September 16, 2013, and a trial date for October 10, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 12, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

s/ Fred Van Sickle

Signature of Judicial Officer

9/13/13

Date